IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. MIZICKO, | 1:11-cv-00559-MJS-(HC) |
| Petitioner, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA |
| vs. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination. Id.

Petitioner is not challenging the judgment relating to his underlying conviction in San Diego Superior Court. Instead he is challenging a parole denial decision which occurred when he was confined at California State Prison, Solano, located in Solano County. Petitioner remains confined in Solano County, which is part of the Sacramento Division of

1  the United States District Court for the Eastern District of California.  The petition should
2  have been filed in the Sacramento Division.
3        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the
4  proper court may, on the court's own motion, be transferred to the proper court. Therefore,
5  this action will be transferred to the Sacramento Division.
6        Good cause appearing, IT IS HEREBY ORDERED that:
7        1.  This action is transferred to the United States District Court for the Eastern
8  District of California sitting in Sacramento; and
9        2. All future filings shall reference the new Sacramento case number assigned and
10 shall be filed at:

11       United States District Court
      Eastern District of California
12       501 "I" Street, Suite 4-200
      Sacramento, CA 95814
13

14 IT IS SO ORDERED.
15 Dated:   April 7, 2011            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26